**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

| | |
|---|---|
| ROBERT JOHN LOW, et al., )<br>)<br>PLAINTIFFS )<br>)<br>)<br>)<br>)<br>REXON INDUSTRIAL CORPORATION )<br>LTD, et al. )<br>)<br>DEFENDANTS ) | **Civil Action No. 09-72-ART**<br><br><br>**PROPOSED JURY INSTRUCTIONS** |

-------------------------------------------------------------------------------

**PLAINTIFF'S PROPOSED JURY INSTRUCTIONS**

The Plaintiffs, hereby tender their Proposed Jury Instructions for the trial of this matter.

Respectfully submitted,

s/BRIEN G. FREEMAN
TODD K. CHILDERS
FREEMAN & CHILDERS
P.O. Box 1546
Corbin, Kentucky 40702-1546

**CERTIFICATE OF SERVICE**

I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Thapar_ Chambers @kyed.uscourts.gov

1

Shea W. Conley
REMINGER CO., L.P.A
269 West Main Street, Suite 700
Lexington KY 40507

All on this the 28th day of February, 2011.

                               s/ BRIEN G. FREEMAN
                               COUNSEL FOR PLAINTIFF

## INSTRUCTION NO. 1

Your verdict will be determined by how you answer the questions proposed in these instructions. All of you must agree in order to make any of the determinations required by these instructions.

**INSTRUCTION NO. 2**

The Defendants are strictly liable to the Plaintiffs if their miter saw had a manufacturing defect which made it unreasonably dangerous.

As used in this instruction, a product is "unreasonably dangerous" if it creates such a risk of accidental injury to a perspective user that an ordinarily prudent company engaged in the manufacture of similar products, being fully aware of the risk, would not have put it on the market.

**INTERROGATORY NO. 1**

Do you believe from the evidence that the Defendants' miter saw had a manufacturing defect which made it unreasonably dangerous, and that such defect was a substantial factor in causing the accident?

      YES _____           NO_____

_____      _____

_____      _____

_____      _____

## **INSTRUCTION NO. 3.**

It was the duty of the Defendants to exercise ordinary care in their manufacturing operations so as not to endanger the safety of their customers, including the Plaintiff, Robert John Low.

As used in this Instruction "Manufacturing Operations" means the process of fabricating, assembling, inspecting, packaging and shipping the miter saw.

As used in this instruction "Ordinary care" means such care as an ordinarily prudent manufacturer engaged in the same type of business as Defendants would exercise under similar circumstances.

## **INTERROGATORY NO. 2**

Do you believe from the evidence that the Defendants violated their duty under Instruction No. 3, and that such failure was a substantial factor in causing the accident?

YES _____         NO_____

.

_____          _____

_____          _____

_____          _____

## INSTRUCTION NO. 4

The Defendants are liable to the Plaintiff if they breached their expressed warranties concerning the condition of their miter saw.

## INTERROGATORY NO. 3

Do you believe from the evidence that the Defendants breached their expressed warranties concerning the condition of their miter saw and that any breach was a substantial factor in causing the accident?

      YES _____           NO_____

_____      _____

_____      _____

_____      _____

## INSTRUCTION NO. 5

The Defendants are liable to the Plaintiffs if they breached their implied warranties concerning the condition of their miter saw.

## INTERROGATORY NO. 4

Do you believe from the evidence that the Defendants breached their implied warranty of merchantability concerning the condition of its miter saw, and that any breach was a substantial factor in causing the accident?

    YES _____        NO_____

_____    _____

_____    _____

_____    _____

## INTERROGATORY NO. 5

Do you believe from the evidence that the Defendants breached their implied warranty of fitness for particular purpose concerning the condition of its miter saw, and that any breach was a substantial factor in causing the accident?

    YES _____        NO_____

_____    _____

_____    _____

_____    _____

If you answered YES to any of the prior interrogatories (1,2, 3, 4 or 5), then proceed on and answer the following Interrogatories; otherwise, return to the courtroom.

**INSTRUCTION NO. 6**

It was the duty of the Plaintiff, John Robert Low, to exercise ordinary care for his own safety.

"Ordinary care" as used in this instruction means such care as an ordinarily prudent person would exercise under similar circumstances.

**INTERROGATORY NO. 6**

Do you believe from the evidence that the Plaintiff, John Robert Low, violated his duty under this instruction, and that such failure was a substantial factor in causing the accident?

YES _____          NO _____

_____          _____


_____          _____


_____          _____

## **INTERROGATORY NO. 7**

Without regard to fault, what sum of money do you believe will fairly and reasonably compensate the Plaintiff, John Robert Low, for such of the following damages as you believe from the evidence he has sustained directly by reason of the accident.

|     |                                                              |                      |
| --- | ------------------------------------------------------------ | -------------------- |
| (a) | Past medical expenses:                                       | $_____      |
| (b) | Future medical expenses:                                     | $_____      |
| (c) | Past lost wages or income:                                   | $_____      |
| (d) | Permanent impairment of his power to earn money in the future: | $_____    |
| (e) | Past physical and mental pain and suffering:                 | $_____      |
| (f) | Future physical and mental pain and suffering:               | $_____      |

_____        _____

_____        _____

_____        _____

9

**INTERROGATORY NO. 8**

Without regard to fault, what sum of money do you believe will fairly and reasonably compensate the Plaintiff, Patricia Low, for such of the following damages as you believe from the evidence she has sustained directly by reason of the accident.

    (a)    Loss of services, assistance, aid, society, companionship and conjugal relationship of her husband    $_____

_____    _____

_____    _____

_____    _____

**INTERROGATORY NO. 9**

If you found the Plaintiff, John Robert Low, to be at fault by answering "YES" to Interrogatory No. 6, what percentage of the total fault do you attribute to the Plaintiff, John Robert Low, and the Defendants?

        Plaintiff, John Robert Low    _____%

        Defendants    _____%

          TOTAL    _____100_____%

_____    _____

_____    _____

_____    _____