UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO.: 6:09-CV-72-ART
*Electronically Filed*

ROBERT JOHN LOW and PATRICIA LOW                                             PLAINTIFFS

v.

REXON INDUSTRIAL CORPORATION, LTD,
POWER TOOL SPECIALISTS, INC., et al.                                         DEFENDANTS

_____

DEFENDANTS REXON INDUSTRIAL CORP., LTD AND
POWER TOOL SPECIALISTS, INC.'S
SUPPLEMENTAL JURY INSTRUCTION
_____

The Defendant, Rexon Industrial Corp., Ltd., by and through counsel, submits the following Supplemental Jury Instruction for consideration by the Court.

Pursuant to Ky. Rev. Stat. Ann. § 411.320(1) & (2) and *Monsanto v. Reed*, 950 S.W.2d 811, 814 (Ky. 1997) ("It has long been the law of this Commonwealth that a manufacturer is not liable when [] injuries result from the mutilation or alteration of [a] chattel. Such intervening conduct severs any causal connection between the product and the injury. The Product Liability Act (PLA), *KRS 411.300 et seq.* codifies this and precludes imposition of liability on a manufacturer in cases where the product has not been used in its original, unaltered and unmodified condition.") (internal citations omitted). *See also Stice v. Bando*, 2006 U.S. Dist. LEXIS 39930, at *3 (W.D.Ky. 2006) (Stating that, under the Kentucky Products Liability Act, *KRS 411.300 et. seq.*, a manufacturer of a product is liable only if the injury 'would have occurred if the product had been used in its original, unaltered and unmodified condition and finding as a matter of law that plaintiff's modification of the machine at issue relieved the defendant of any liability.') Defendant reserves the right to seek leave again to amend, supplement and/or modify the same.  In

filing this Supplemental Jury Instruction, Defendant in no way waives its right to seek a directed verdict or to assert any defense during the trial of this action.

## SUPPLEMENTAL JURY INSTRUCTION NO. ___

The law only holds a manufacturer of a product liable for the personal injury that would have occurred if the product had been used in its original, unaltered and unmodified condition. Product alteration or modification includes failure to observe routine care and maintenance. If the plaintiff performed an unauthorized alteration or an unauthorized modification, and such alteration or modification was a substantial cause of the occurrence that caused injury or damage to the plaintiff, the defendant shall not be liable whether or not the defendant was at fault or the product was defective.

### SUPPLEMENTAL INTERROGATORY NO._____:

Do you find that the Plaintiff failed to observe routine care and maintenance on the saw and that this failure was a substantial cause of his injury?

Yes _____          No_____


_____
Signature of Foreperson